**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| VOIT TECHNOLOGIES, LLC, | § |
| | § |
| *Plaintiff,* | § |
| | § |
| vs. | §    Case No: 1:17-cv-00244-RC |
| | § |
| BRANDING IRON WESTERN STORE, INC., | § |
| | § |
| *Defendant.* | § |

## NOTICE OF RELATED CASES

PLEASE TAKE NOTICE that Plaintiff, VOIT Technologies, LLC, in accordance with

Local Rule CV-42(a), hereby discloses that the instant action is related to or involves subject

matter that either comprises all or a material part of the subject matter or operative facts of:

A.    The following action(s) which are currently pending before this or another court

or administrative agency:

| | Caption | Case No. | Court | Filing Date |
|---|---|---|---|---|
| 1 | Voit Techs., LLC v. Drucker Labs, LP | 4:16-cv-00695-ALM | E.D.Tex. | 9/9/2016 |
| 2 | Voit Techs., LLC v. Meat Maniac LLC | 4:17-cv-00038-ALM | E.D.Tex. | 1/13/2017 |
| 3 | Voit Techs., LLC v. Uptown Vapor, LLC | 6:17-cv-00026-RWS-KNM | E.D.Tex. | 1/13/2017 |
| 4 | Voit Techs., LLC v. Higdon Outdoors, LLC | 6:17-cv-00087-RWS-KNM | E.D.Tex. | 2/15/2017 |
| 5 | Voit Techs., LLC v. Shore Excursions Group, LLC | 0:17-cv-60825-WPD | S.D.Fla. | 4/27/2017 |
| 6 | Voit Techs., LLC v. Mac of All Trades, LLC | 8:17-cv-01001-VMC-TBM | M.D.Fla. | 4/28/2017 |
| 7 | Voit Techs., LLC v. The Guitar Sanctuary, Inc. | 4:17-cv-00343-ALM | E.D.Tex. | 5/17/2017 |
| 8 | Voit Techs., LLC v. World of Organics, Inc. | 4:17-cv-00344-ALM | E.D.Tex. | 5/17/2017 |
| 9 | Voit Techs., LLC v. Medusa Skates, LLC | 1:17-cv-00473 | W.D.Tex. | 5/17/2017 |

B.      The following action(s) which have been dismissed or decided by this Court:

None.


Dated: June 15, 2017.

                                        Respectfully submitted,

                                        */s/ David F. Tamaroff*_____
                                        David F. Tamaroff, Esq. (Fla. Bar: 92084)
                                        Email: dt@lipscombpartners.com
                                        **LIPSCOMB & PARTNERS, PLLC**
                                        25 SE 2nd Avenue, 8th Floor
                                        Miami, Florida 33131
                                        Telephone: (786) 431-2228
                                        Facsimile: (786) 431-2229
                                        *Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 15, 2017, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and served on all counsel of record and those parties receiving notification through the CM/ECF system.

                    By:      */s/ David Tamaroff*_____
                             David F. Tamaroff, Esq.